IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| LAMOND RANKINS, | ) |
| | ) NO. 1:21-cv-00226 |
| Plaintiff, | ) |
| v. | ) JUDGE THOMAS A. VARLAN |
| | ) |
| JEREMY NICKELS and CRETE CARRIER | ) MAGISTRATE JUDGE |
| CORPORATION, | ) SUSAN K. LEE |
| | ) |
| Defendants. | ) JURY DEMAND |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** the parties, Lamond Rankins, Jeremy Nickels and Crete Carrier Corporation, by and through their respective undersigned counsel, and pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal with prejudice of the above-captioned action and all claims and counterclaims asserted therein.

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/*Mary Beth White*
    Mary Beth White, BPR No. 024462
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366
    mbwhite@lewisthomason.com

*Attorneys for defendants Jeremy Nickels and Crete Carrier Corporation*

MORGAN & MORGAN – NASHVILLE

By: /s/*R. Burke Keaty w/permission by*
*Mary Beth White*
R. Burke Keaty, BPR No. 027342
810 Broadway, Suite 105
Nashville, TN 37203
(615) 928-9901
bkeaty@forthepeople.com
jporter@forthepeople.com

*Attorneys for plaintiff Lamond Rankins*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL has been served on the following counsel of record via the Court's ECF system:

R. Burke Keaty, Esq.
John Porter, Esq.
Morgan & Morgan - Nashville, PLLC
810 Broadway, Suite 105
Nashville, TN 37203

This the 14th day of February 2022.

/s/*Mary Beth White*